[No. 20773-3-I. Division One. August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE OTTRIX, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 86-1-04174-1, Arthur E. Piehler, J., entered July 9, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Webster, JJ.

[No. 21462-4-I. Division One. August 7, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. THERESA G. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 87-1-00146-5, Harry A. Follman, J., entered December 11, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Forrest, J.

[No. 22188-4-I. Division One. August 7, 1989.]

KATHERINE VAIL, *Respondent*, v. TED T. YAMAMURA, ET AL, *Defendants*, JOHN LONG, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 84-2-07619-4, Frank H. Roberts, Jr., J., entered April 7, 1988. *Reversed* by unpublished opinion per Williams, J. Pro Tem., concurred in by Grosse, A.C.J., and Webster, J.